## Wells Estate.

Submitted January 11, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Clarke F. Hess, Henry McC. Ingram, Judith A. Brown,* and *Rose, Schmidt and Dixon,* for appellants.

*Robert L. Bast* and *Townsend, Elliott & Munson,* for appellees.

*Joseph L. Higgins, James J. Convery,* and *LaBrum and Doak,* for appellees.

OPINION PER CURIAM, May 25, 1972:
Decree affirmed. Costs on appellant.